IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **DWAYNE LEON SHEPHERD, JR.**, <br><br> Plaintiff, <br><br> v. <br><br> **JUDGE RISA VETRI FERMAN**, *et al.*, <br><br> Defendants. | **CIVIL ACTION** <br><br> **NO. 25-6105-KSM** |

## ORDER

**AND NOW**, this 22nd day of December, 2025, upon consideration of Defendants Clerk Lori Schreiber, Assistant District Attorney Robert A. George, and the Honorable Risa Vetri Ferman's Motions to Dismiss (Doc. Nos. 12–13), and Plaintiff Dwayne Leon Shepherd Jr.'s opposition brief (Doc. No. 16), it is **ORDERED** that the Defendants' motions are **GRANTED**. Plaintiff's Complaint is **DISMISSED WITH PREJUDICE** for the reasons stated in the Court's accompanying memorandum.

The Clerk of Court shall **CLOSE** this case.

**IT IS SO ORDERED.**

/s/*Karen Spencer Marston*
_____
KAREN SPENCER MARSTON, J.